IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 7 |
| Edward J. Bowman : | Case No 24-14308-amc |
| Debtor : | |
| : | |

O R D E R

AND NOW, this _____ day of _____, 2025, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before January 13, 2025.

**Date: January 3, 2025**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE