IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>EDWARD J BOWMAN<br>       Debtor,<br><br><br>TOYOTA MOTOR CREDIT CORPORTATION<br>       Movant,<br><br>    v.<br><br>EDWARD J BOWMAN, and<br>ROBERT SEITZER, Trustee,<br>       Respondents. | Bankruptcy No. 24-14308-amc<br><br>Chapter 7 |
|---|---|

ORDER OF COURT

AND NOW, this ___ day of _____, 2025, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2020 Toyota Camry, VIN: 4T1J11BKXLU015586.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge