IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| EDWARD J. BOWMAN | : | BANKRUPTCY NO. 24-14308(AMC) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order Dismissing the Debtor's Chapter 7 Bankruptcy Proceeding Pursuant to 11 U.S.C. § 707 and L.B.R. 1017-2 (the "Motion"), and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Chapter 7 bankruptcy proceeding is hereby **DISMISSED**.

**BY THE COURT:**

Dated: _____        _____
ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE